UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GARY ODOM | CIVIL ACTION NO. 21-CV-3645 |
| VERSUS | JUDGE:   ELIZABETH E. FOOTE |
| COMSTOCK OIL & GAS, LOUISIANA, LLC, ET AL | MAGISTRATE JUDGE:   HORNSBY |

_____

**SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**
_____

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, **GARY ODOM**, who respectfully submits his Second Supplemental and Amended Complaint (*i.e.*, Second Supplemental and Amended Petition for Damages) as follows:

I.

Plaintiff hereby supplements and amends Paragraph 1 of the Petition for Damages to add Subsection (C) to add the following Defendant, which shall read:

> C. **VINE ENERGY OPERATING, LP**, is a partnership formed under the laws of the State of Delaware, who at the time of the accident was operating under the name VINE OIL & GAS LP, who both were doing business and licensed to do business in the State of Louisiana;   Said Defendant has a general partner, VINE OIL AND GAS GP, LLC and a limited partner, VINE OIL & GAS PARENT, LP, who are both partnerships organized under the laws of Delaware; VINE ENERGY OPERATING, LP may be served through its registered agent with the Louisiana Secretary of State: Louisiana Corporate & Registered Agent Services, Inc., 3867 Plaza Tower Dr., 1st Floor, Baton Rouge, LA 70816.

II.

Plaintiff herein is unable to ascertain the citizenship of the partners of the partners of the Defendant, VINE ENERGY OPERATING, LP, and request leave of court to conduct jurisdictional discovery.

III.

Plaintiff hereby supplements and amends Paragraph 4 of the Petition for Damages to read as follows:

At the same time and place, Defendants, **COMSTOCK OIL & GAS – LOUISIANA, LLC.** and/or **VINE ENERGY OPERATING, LP** (operating as VINE OIL & GAS LP), were operating a business off the access of a dirt/gravel road, which intersected with LA 191., whereby the Defendants caused large amounts of dirt to accumulate on the highway.

IV.

Plaintiff hereby supplements and amends Paragraph 6 of the Petition for Damages to read as follows:

The acts or omissions of Defendants, **COMSTOCK OIL & GAS – LOUISIANA, LLC,** and/or **VINE ENERGY OPERATING, LP,** caused a collision, which resulted in Plaintiff sustaining severe personal injuries for which he had to seek medical treatment.

IV.

Plaintiff hereby supplements and amends Paragraph 8 of the Petition for Damages to read as follows:

At all times pertinent herein, Plaintiff was free from fault in causing said accident; further, the accident was solely and proximately caused by the negligence acts or omissions of the Defendants, **COMSTOCK OIL & GAS – LOUISIANA, LLC**, and/or **VINE ENERGY OPERATING, LP,** whose acts or omissions of negligence include*:*

    A.    Failure to do what should have been done;
    B.    Failure act a reasonably prudent person under the circumstances;
    C.    Failure to take reasonably prudent precautions to avoid an accident;
    D.    Failure to maintain a clear roadway;
    E.    Failure to remove dirt form the highway;
    F.    Failure to warn motorist of dirt on the highway;

G. Failure to inspect the roadway;
H. Obstruction of a highway;
I. Failure to supervise third parties and/or independent contractors on or leaving the job site; and
J. Vicariously liability for their employees and servants in the course and scope of their employment;

V.

Plaintiff hereby amends and supplements the Prayer of the Petition for Damages, which shall state as follows:

**WHEREFORE**, Plaintiff prays that his petition be deemed good and sufficient and that the same be served upon Defendants herein, ordering them to answer the allegations contained; that after all due proceedings are had, that there be judgment in favor of Plaintiff, **GARY ODOM,** and against Defendants, **COMSTOCK OIL & GAS – LOUISIANA, LLC, VINE ENERGY OPERATING, LP,** and **MARKEL INTERNATIONAL INSURANCE COMPANY**, individually, jointly and *in solido*, in an amount commensurate with the damages enumerated hereinabove, together with legal interest from date of this demand and for all costs of these proceedings. Plaintiff further prays for all general and equitable relief to which he is entitled under the law and the evidence.

Respectfully Submitted:

**SPURGEON LAW FIRM, LLC**

By: /s/ *Jeff D. Easley*
_____
**JEFF D. EASLEY, #34170**
**SAMUEL SPURGEON, #34773**
116 Versailles Blvd, Suite A
Alexandria, LA 71303
Telephone: 318-224-2222
Facsimile: 318-704-6719
ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE

I hereby certify that the aforementioned proposed pleading was sent all counsel of record via the electronic filing systems on this 30th day of November, 2021, in Alexandria, Louisiana.

/s/ *Jeff D. Easley*
_____
**JEFF D. EASLEY**

**PLEASE ISSUE SUMMONS TO:**

**VINE ENERGY OPERATING, LP**
*Through its registered agent for service*:
Louisiana Corporate 7 Registered Agent Services, Inc.
3867 Plaza Tower Dr. 1st Floor
Baton Rouge, LA 70816